AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

Clerk's Office
Filed Date: 10/18/2022

U.S. DISTRICT COURT
EASTERN DISTRICT OF
NEW YORK
BROOKLYN OFFICE

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   22-CR-444 (WFK) |
| | ) | |
| LAFARGE S.A. | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:    10/18/2022

_____
Defendant's signature

_____
Signature of defendant's attorney

David Sarratt
_____
Printed name of defendant's attorney

s/William F. Kuntz, II
_____
Judge's signature

Hon. William F. Kuntz, II, United States District Judge
Judge's printed name and title

