Clerk's Office
Filed Date:  10/18/2022

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

AL:ICR
F.# 2017R02031

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

LAFARGE S.A. and
LAFARGE CEMENT SYRIA S.A.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

O R D E R

Docket No. 22-CR-444 (WFK)

Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Ian C. Richardson, for an order unsealing the above-captioned matter in its entirety.

WHEREFORE, it is ordered that the above-captioned matter be unsealed in its entirety.

Dated:    Brooklyn, New York
          October 18, 2022

s/ WFK

THE HONORABLE WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK