UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

United States of America,

        v.

Lafarge, S.A. and
Lafarge Cement Syria S.A.,

        Defendants.

)
)
)
)
) Case No. 22 Cr. 444 (WFK)
) ECF Case
)
)
)
)
)
)

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Douglas S. Zolkind of Debevoise &

Plimpton LLP hereby appears on behalf of defendants Lafarge, S.A. and Lafarge Cement

Syria, S.A. in the above captioned case.

Dated: New York, New York
      October 18, 2022

                    DEBEVOISE & PLIMPTON LLP

                    By: /s/ Douglas Zolkind

                    919 Third Avenue
                    New York, New York  10022
                    (212) 909-6000
                    dzolkind@debevoise.com

                    *Attorney for* Lafarge S.A. and Lafarge
                      Cement Syria S.A.

23577296v1