UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| United States of America, | ) |
|  | ) |
|  | ) |
| v. | ) Case No. 22 Cr. 444 (WFK) |
|  | ) ECF Case |
|  | ) |
|  | ) |
|  | ) |
| Lafarge, S.A. and | ) |
| Lafarge Cement Syria S.A., | ) |
|  | ) |
| Defendants. |  |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that David Sarratt of Debevoise & Plimpton

LLP hereby appears on behalf of defendants Lafarge, S.A. and Lafarge Cement Syria,

S.A. in the above captioned case.

Dated: New York, New York
       October 18, 2022

DEBEVOISE & PLIMPTON LLP

By: /s/ David Sarratt

919 Third Avenue
New York, New York  10022
(212) 909-6000
dsarratt@debevoise.com

*Attorney for* Lafarge S.A. and Lafarge
        Cement Syria S.A.

23577296v1