**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States | 22-CR-0444 (WFK) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Lafarge S.A. and Lafarge Cement Syria S.A. | Order of Forfeiture |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
United States Marshals Service

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
225 Cadman Plaza East, Brooklyn, New York 11201

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| BREON PEACE United States Attorney - Eastern District of New York
271 Cadman Plaza East, 7th Floor, Brooklyn, New York 11201
Attn: AUSA Artemis Lekakis | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Pursuant to the Order of Forfeiture, please deposit $687 million received via wire transfer into the Asset Forfeiture Fund.

CATS ID #: 23-FBI-000236

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *Artemis Lekakis by CV* | ☐ DEFENDANT | (718) 254-6096 | 11/10/2022 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. 53 | District to Serve No. 53 | Signature of Authorized USMS Deputy or Clerk | Date NOV 10 2022 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date NOV 10 2022 | Time | ☐ am ☐ pm |
|---|---|---|---|

Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

$687,000,000.00 Deposited into AFF M 11/9/2022

DS3: 2022-CR-00444-1

Form USM-285
Rev. 03/21

Case 1:22-cr-00444-WFK   Document 14   Filed 10/24/22   Page 2 of 5 PageID #: 138

AO 245E   (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
         Sheet 2 — Probation

DEFENDANT ORGANIZATION: LaFarge Cement Syria S.A.,

CASE NUMBER:  22-CR-444 (WFK)

Judgment—Page ___2___ of ___7___

## PROBATION

The defendant organization is hereby sentenced to probation for a term of :

Three (3) years.

The defendant organization shall not commit another federal, state or local crime.

If this judgment imposes a fine or a restitution obligation, it is a condition of probation that the defendant organization pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant organization must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page (if indicated below).

## STANDARD CONDITIONS OF SUPERVISION

1) within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organizations's representative and to be the primary contact with the probation officer;

2) the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

3) the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;

4) the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;

5) the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;

6) the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees; and

7) the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>United States | COURT CASE NUMBER<br>22-CR-0444 (WFK) |
|---|---|
| DEFENDANT<br>Lafarge S.A. and Lafarge Cement Syria S.A. | TYPE OF PROCESS<br>Order of Forfeiture |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
United States Marshals Service

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
225 Cadman Plaza East, Brooklyn, New York 11201

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| BREON PEACE United States Attorney - Eastern District of New York<br>271 Cadman Plaza East, 7th Floor, Brooklyn, New York 11201<br>Attn: AUSA Artemis Lekakis | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Pursuant to the Order of Forfeiture, please deposit $687 million received via wire transfer into the Asset Forfeiture Fund.

CATS ID #: 23-FBI-000236

| Signature of Attorney other Originator requesting service on behalf of:<br>*Artemis Lekakis by CV*   ☒ PLAINTIFF   ☐ DEFENDANT | TELEPHONE NUMBER<br>(718) 254-6096 | DATE<br>11/10/2022 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. 53 | District to Serve<br>No. 53 | Signature of Authorized USMS Deputy or Clerk<br>*Arkella* | Date<br>NOV 1 0 2022 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date<br>NOV 1 0 2022 | Time | ☐ am<br>☒ pm |
|---|---|---|---|
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy<br>*Arkella* | | |

Costs shown on attached USMS Cost Sheet >>

REMARKS

$687,000,000.00 Deposited into AFF M 11/9/2022

DS3: 2022-CR-00444 1

Form USM-285
Rev. 03/21

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 1

# UNITED STATES DISTRICT COURT

|  Eastern | District of | New York |
|---|---|---|

| UNITED STATES OF AMERICA<br>V. | JUDGMENT IN A CRIMINAL CASE<br>(For Organizational Defendants) |
|---|---|
| LaFarge Cement Syria S.A., | CASE NUMBER:  22-CR-444 (WFK) |
| | David Sarratt, Esq. and Douglas Zolkind, Esq. |
| | Defendant Organization's Attorney |

## THE DEFENDANT ORGANIZATION:

☑ pleaded guilty to count(s)    One (1) of the Information.

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The organizational defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 2339B(a)(1)<br><br>18 USC 2339B(d) | CONSPIRACY TO PROVIDE MATERIAL SUPPORT OR RESOURCES<br>TO DESIGNATED FOREIGN TERRORIST ORGANIZATIONS | 10/31/2014 | 1 |

The defendant organization is sentenced as provided in pages 2 through    7    of this judgment.

☐ The defendant organization has been found not guilty on count(s) _____

☐ Count(s) _____   ☐ is   ☐ are  dismissed on the motion of the United States.

It is ordered that the defendant organization must notify the United States attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization must notify the court and United States attorney of material changes in economic circumstances.

Defendant Organization's
Federal Employer I.D. No.: _____

Defendant Organization's Principal Business Address:

14-16 Boulevard Garibaldi, 92130 Issy-les-Moulineaux,
France

10/18/2022
Date of Imposition of Judgment

s/ WFK

Signature of Judge

| William F. Kuntz, II | U.S.D. J. |
|---|---|
| Name of Judge | Title of Judge |

10/24/2022
Date

Defendant Organization's Mailing Address:

14-16 Boulevard Garibaldi, 92130
Issy-les-Moulineaux, France

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
           Sheet 2 — Probation

DEFENDANT ORGANIZATION:  LaFarge Cement Syria S.A.,                    Judgment—Page ___2___ of ___7___
CASE NUMBER:  22-CR-444 (WFK)

# PROBATION

The defendant organization is hereby sentenced to probation for a term of :

Three (3) years.

The defendant organization shall not commit another federal, state or local crime.

       If this judgment imposes a fine or a restitution obligation, it is a condition of probation that the defendant organization pay in accordance with the Schedule of Payments sheet of this judgment.

       The defendant organization must comply with the standard conditions that have been adopted by this court as well as with  any additional conditions on the attached page (if indicated below).

## STANDARD CONDITIONS OF SUPERVISION

1) within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organizations's representative and to be the primary contact with the probation officer;

2) the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

3) the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;

4) the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;

5) the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;

6) the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees; and

7) the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
           Sheet 2A — Probation

DEFENDANT ORGANIZATION:  LaFarge Cement Syria S.A.,

CASE NUMBER:  22-CR-444 (WFK)

Judgment—Page __3__ of __7__

## ADDITIONAL PROBATION TERMS

(1) the Defendant shall pay the Total Criminal Fine, the Forfeiture Money Judgment and their respective Mandatory Special Assessments as set forth in the written Plea Agreement;

(2) the Defendant shall comply with all of the provisions of the written Plea Agreement, including without limitation the Defendants' obligations under Paragraphs 8, 9, 12, 13 and 35 of the Plea Agreement, and with the cooperation provisions of Paragraphs 14 and 15 of the written Plea Agreement; and

(3) pursuant to 18 U.S.C. § 3563(a)(1), the Defendants shall not commit any federal, state or local crimes during the term of probation.

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 3 — Criminal Monetary Penalties

| | |
|---|---|
| DEFENDANT ORGANIZATION: LaFarge Cement Syria S.A., | Judgment — Page __4__ of __7__ |
| CASE NUMBER:  22-CR-444 (WFK) | |

## CRIMINAL MONETARY PENALTIES

The defendant organization must pay the following total criminal monetary penalties under the schedule of payments on Sheet 4.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| **TOTALS** | $ 400.00 | $ 45,390,000.00 | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant organization shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |

| | | |
|---|---|---|
| **TOTALS** | $ 0.00 | $ 0.00 |

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant organization shall pay interest on restitution or a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant organization does not have the ability to pay interest, and it is ordered that:

    ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

    ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
           Sheet 4 — Schedule of Payments

DEFENDANT ORGANIZATION: LaFarge Cement Syria S.A.,
CASE NUMBER: 22-CR-444 (WFK)

Judgment — Page __5__ of __7__

## SCHEDULE OF PAYMENTS

Having assessed the organization's ability to pay, payment of the total criminal monetary penalties are due as follows:

A   ☐   Lump sum payment of $ _____ due immediately, balance due

        ☐   not later than _____ , or
        ☐   in accordance with   ☐  C or   ☐  D below; or

B   ☐   Payment to begin immediately (may be combined with   ☐ C or   ☐ D below); or

C   ☐   Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____over a period of
_____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D   ☑   Special instructions regarding the payment of criminal monetary penalties:

    (1) Defendant must pay the Special Assessment of $400 to the Clerk of Court within 10 business days of the date of the sentencing,

    (2) Fine imposed is due and payable by Defendant on or before November 14, 2022.

All criminal monetary penalties are made to the clerk of the court.

The defendant organization shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☑   Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

    Lafarge S.A., 22-CR-444 (WFK).

☐   The defendant organization shall pay the cost of prosecution.

☐   The defendant organization shall pay the following court cost(s):

☑   The defendant organization shall forfeit the defendant organization's interest in the following property to the United States:

    See Order of Forfeiture dated October 18, 2022 appended to and incorporated by reference into this Judgment.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

FR:AL
F. #2017R02031

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

LAFARGE S.A. and
LAFARGE CEMENT SYRIA S.A.,

                Defendants.

- - - - - - - - - - - - - - - X

ORDER OF FORFEITURE

No. 22-CR-0444 (WFK)

WHEREAS, on or about October 18, 2022, **Lafarge S.A. and Lafarge Cement Syria S.A.** (the "defendants"), entered a plea of guilty to the offense charged in the Sole Count of the above-captioned Information, charging a violation of 18 U.S.C. § 2339B(a)(1); and

WHEREAS, pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 981(a)(1)(G) and 28 U.S.C. § 2461(c), the defendants have consented to the entry of a forfeiture money judgment in the amount of six hundred eighty-seven million dollars and zero cents ($687,000,000.00) (the "Forfeiture Money Judgment"), and agree it represents one or more of the following: (a) property, real and/or personal, constituting, or derived from, proceeds obtained directly or indirectly as a result of such offense; (b) assets, foreign and/or domestic, of any person, entity or organization engaged in planning or perpetuating any Federal crime of terrorism (as defined in 18 U.S.C. § 2332b(g)(5)) against the United States, citizens or residents of the United States, or their property, and assets, foreign and/or domestic, affording any person a



COURT'S
EXHIBIT NO. 5
IDENTIFICATION/EVIDENCE
DKT.# 22CR444
DATE: 10/18/22
PENGAD 800-631-6989

*United States v. Lafarge S.A. and Lafarge Cement Syria S.A*
No. 22-CR-0444 (WFK), Order of Forfeiture

Page 2

source of influence over any such entity or organization; (c) assets, foreign and/or domestic, acquired or maintained by any person, entity, or organization with the intent and for the purpose of supporting, planning, conducting or concealing any Federal crime of terrorism (as defined in 18 U.S.C. § 2332b(g)(5)) against the United States, citizens or residents of the United States, or their property; (d) assets, foreign and/or domestic, derived from, involved in, or used or intended to be used to commit any Federal crime of terrorism (as defined in 18 U.S.C. § 2332b(g)(5)) against the United States, citizens or residents of the United States, or their property; (e) assets, foreign and/or domestic, of any person, entity or organization engaged in planning or perpetuating any act of international terrorism (as defined in 18 U.S.C. § 2331) against any international organization (as defined in 18 U.S.C. § 4309(b)) or against any foreign Government; and/or (f) substitute assets, pursuant to 21 U.S.C. § 853(p).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, on consent, by and between the United States and the defendants as follows:

1. The defendants shall forfeit to the United States the full amount of the Forfeiture Money Judgment, pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 981(a)(1)(G), 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c). Each of the defendants shall be jointly and severally liable for the full amount of the Forfeiture Money Judgment.

2. Payments made by wire transfer shall be made pursuant to written instructions provided by the Office. All other payments made towards the Forfeiture Money Judgment shall be made by a money order, or certified and/or official bank check, payable to the U.S. Marshals Service with the criminal docket number noted on the face of the instrument. The defendants shall cause said payment(s) to be sent by overnight mail delivery

*United States v. Lafarge S.A. and Lafarge Cement Syria S.A*
No. 22-CR-0444 (WFK), Order of Forfeiture

Page 3

to Assistant United States Attorney Artemis Lekakis, United States Attorney's Office, Eastern District of New York, 271-A Cadman Plaza East, Brooklyn, New York 11201. The Forfeiture Money Judgment shall be paid in full on or before November 14, 2022 (the "Due Date").

3.    If the defendants fail to pay any portion of the Forfeiture Money Judgment on or before the Due Date, the defendants shall forfeit any other property of thiers up to the value of the outstanding balance, pursuant to 21 U.S.C. § 853(p), and defendants further agree that the conditions of 21 U.S.C. §§ 853(p)(1)(A)-(E) have been met.

4.    Upon entry of this Order of Forfeiture ("Order"), the United States Attorney General or his designee is authorized to conduct any proper discovery in accordance with Fed. R. Crim. P. 32.2(b)(3) and (c). The United States alone shall hold title to the monies paid by the defendants to satisfy the Forfeiture Money Judgment following the Court's entry of the judgment of conviction.

5.    The defendants shall fully assist the government in effectuating the payment of the Forfeiture Money Judgment, by among other things, executing any documents necessary to effectuate any transfer of title to the United States. The defendants shall not file a claim or petition seeking remission or contesting the forfeiture of any property against which the government seeks to satisfy the Forfeiture Money Judgment in any administrative or judicial (civil or criminal) proceeding. The defendants shall not assist any person or entity to file a claim or petition seeking remission or contesting the forfeiture of any property against which the government seeks to satisfy the Forfeiture Money Judgment in any administrative or judicial (civil or criminal) forfeiture proceeding.

*United States v. Lafarge S.A. and Lafarge Cement Syria S.A*
No. 22-CR-0444 (WFK), Order of Forfeiture

Page 4

6.    The defendants knowingly and voluntarily waive their right to any required notice concerning the forfeiture of the monies and/or properties forfeited hereunder, including notice set forth in an indictment or information. In addition, the defendants knowingly and voluntarily waive their right, if any, to a jury trial on the forfeiture of said monies and/or properties, and waives all constitutional, legal and equitable defenses to the forfeiture of said monies and/or properties, including, but not limited to, any defenses based on principles of double jeopardy, the *Ex Post Facto* clause of the Constitution, any applicable statute of limitations, venue, or any defense under the Eighth Amendment, including a claim of excessive fines.

7.    The entry and payment of the Forfeiture Money Judgment is not to be considered a payment of a fine, penalty, restitution loss amount or a payment of any income taxes that may be due, and shall survive bankruptcy.

8.    Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this Order shall become final as to the defendants at the time of sentencing and shall be made part of the sentence and included in the judgment of conviction. This Order shall become the Final Order of Forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2). At that time, the monies and/or properties paid toward the Forfeiture Money Judgment shall be forfeited to the United States for disposition in accordance with the law.

9.    This Order shall be binding upon the defendants and the successors, administrators, heirs, assigns and transferees of the defendants, and shall survive the bankruptcy of any of them.

Case 1:22-cr-00444-WFK    Document 14-1    Filed 10/24/22    Page 5 of 5 PageID #: 146

*United States v. Lafarge S.A. and Lafarge Cement Syria S.A*
No. 22-CR-0444 (WFK), Order of Forfeiture

Page 5

10.    This Order shall be final and binding only upon the Court's "so ordering" of the Order.

11.    The Court shall retain jurisdiction over this action to enforce compliance with the terms of this Order and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

Dated:    Brooklyn, New York
_____October 18_____, 2022

SO ORDERED:

s/ WFK

HONORABLE WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 1

# UNITED STATES DISTRICT COURT

| Eastern | District of | New York |

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| V. | (For Organizational Defendants) |
| Lafarge S.A., | CASE NUMBER: 22-CR-444 (WFK) |
| | David Sarratt, Esq. and Douglas Zolkind, Esq. |
| | Defendant Organization's Attorney |

## THE DEFENDANT ORGANIZATION:

☑ pleaded guilty to count(s)    One (1) of the Information.

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The organizational defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 2339B(a)(1) | CONSPIRACY TO PROVIDE MATERIAL SUPPORT OR RESOURCES TO DESIGNATED FOREIGN TERRORIST ORGANIZATIONS | 10/31/2014 | 1 |
| 18 USC 2339B(d) | | | |

The defendant organization is sentenced as provided in pages 2 through    7    of this judgment.

☐ The defendant organization has been found not guilty on count(s) _____

☐ Count(s) _____    ☐ is    ☐ are  dismissed on the motion of the United States.

It is ordered that the defendant organization must notify the United States attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant organization must notify the court and United States attorney of  material changes in economic circumstances.

Defendant Organization's
Federal Employer I.D. No.: _____

Defendant Organization's Principal Business Address:

14-16 Boulevard Garibaldi, 92130 Issy-les-Moulineaux, France

10/18/2022
Date of Imposition of Judgment

s/ WFK

Signature of Judge

William F. Kuntz, II
Name of Judge

U.S.D. J.
Title of Judge

10/24/2022
Date

Defendant Organization's Mailing Address:

14-16 Boulevard Garibaldi, 92130
Issy-les-Moulineaux, France

AO 245E   (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 2 — Probation

| | |
|---|---|
| DEFENDANT ORGANIZATION: Lafarge S.A., | Judgment—Page __2__ of __7__ |
| CASE NUMBER: 22-CR-444 (WFK) | |

## PROBATION

The defendant organization is hereby sentenced to probation for a term of:

Three (3) years.

The defendant organization shall not commit another federal, state or local crime.

If this judgment imposes a fine or a restitution obligation, it is a condition of probation that the defendant organization pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant organization must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page (if indicated below).

## STANDARD CONDITIONS OF SUPERVISION

1) within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organizations's representative and to be the primary contact with the probation officer;

2) the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

3) the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;

4) the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;

5) the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;

6) the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees; and

7) the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

AO 245E     (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
            Sheet 2A — Probation

DEFENDANT ORGANIZATION:  Lafarge S.A.,
CASE NUMBER:  22-CR-444 (WFK)

Judgment—Page __3__ of __7__

# ADDITIONAL PROBATION TERMS

(1) the Defendant shall pay the Total Criminal Fine, the Forfeiture Money Judgment and their respective Mandatory Special Assessments as set forth in the written Plea Agreement;

(2) the Defendant shall comply with all of the provisions of the written Plea Agreement, including without limitation the Defendants' obligations under Paragraphs 8, 9, 12, 13 and 35 of the Plea Agreement, and with the cooperation provisions of Paragraphs 14 and 15 of the written Plea Agreement; and

(3) pursuant to 18 U.S.C. § 3563(a)(1), the Defendants shall not commit any federal, state or local crimes during the term of probation.

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
           Sheet 3 — Criminal Monetary Penalties

DEFENDANT ORGANIZATION: Lafarge S.A.,

CASE NUMBER: 22-CR-444 (WFK)

Judgment — Page __4__ of __7__

## CRIMINAL MONETARY PENALTIES

The defendant organization must pay the following total criminal monetary penalties under the schedule of payments on Sheet 4.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $ 400.00 | $ 45,390,000.00 | $ |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant organization shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |

| | | | |
|---|---|---|---|
| TOTALS | $                  0.00 | $                  0.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant organization shall pay interest on restitution or a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant organization does not have the ability to pay interest, and it is ordered that:

  ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

  ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245E   (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 4 — Schedule of Payments

DEFENDANT ORGANIZATION: Lafarge S.A.,
CASE NUMBER: 22-CR-444 (WFK)

Judgment — Page ___5___ of ___7___

## SCHEDULE OF PAYMENTS

Having assessed the organization's ability to pay, payment of the total criminal monetary penalties are due as follows:

A   ☐   Lump sum payment of $ _____ due immediately, balance due

      ☐ not later than _____ , or
      ☐ in accordance with   ☐   C or   ☐   D below; or

B   ☐   Payment to begin immediately (may be combined with   ☐ C or   ☐ D below); or

C   ☐   Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of
_____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D   ☑   Special instructions regarding the payment of criminal monetary penalties:

    (1) Defendant must pay the Special Assessment of $400 to the Clerk of Court within 10 business days of the date of the sentencing,

    (2) Fine imposed is due and payable by Defendant on or before November 14, 2022.

All criminal monetary penalties are made to the clerk of the court.

The defendant organization shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☑   Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

    LaFarge Cement Syria S.A., 22-CR-444 (WFK)

☐   The defendant organization shall pay the cost of prosecution.

☐   The defendant organization shall pay the following court cost(s):

☑   The defendant organization shall forfeit the defendant organization's interest in the following property to the United States:

    See Order of Forfeiture dated October 18, 2022 appended to and incorporated by reference into this Judgment.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

FR:AL
F. #2017R02031

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

       - against -

LAFARGE S.A. and
LAFARGE CEMENT SYRIA S.A.,

          Defendants.

- - - - - - - - - - - - - - - -X

ORDER OF FORFEITURE

No. 22-CR-0444 (WFK)

WHEREAS, on or about October 18, 2022, **Lafarge S.A. and Lafarge Cement Syria S.A.** (the "defendants"), entered a plea of guilty to the offense charged in the Sole Count of the above-captioned Information, charging a violation of 18 U.S.C. § 2339B(a)(1); and

WHEREAS, pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 981(a)(1)(G) and 28 U.S.C. § 2461(c), the defendants have consented to the entry of a forfeiture money judgment in the amount of six hundred eighty-seven million dollars and zero cents ($687,000,000.00) (the "Forfeiture Money Judgment"), and agree it represents one or more of the following: (a) property, real and/or personal, constituting, or derived from, proceeds obtained directly or indirectly as a result of such offense; (b) assets, foreign and/or domestic, of any person, entity or organization engaged in planning or perpetuating any Federal crime of terrorism (as defined in 18 U.S.C. § 2332b(g)(5)) against the United States, citizens or residents of the United States, or their property, and assets, foreign and/or domestic, affording any person a



COURT'S
EXHIBIT NO. 5
IDENTIFICATION/EVIDENCE
DKT.# 22CR444
DATE: 10/18/22
PENGAD 800-631-6989

*United States v. Lafarge S.A. and Lafarge Cement Syria S.A*
No. 22-CR-0444 (WFK), Order of Forfeiture

Page 2

source of influence over any such entity or organization; (c) assets, foreign and/or domestic, acquired or maintained by any person, entity, or organization with the intent and for the purpose of supporting, planning, conducting or concealing any Federal crime of terrorism (as defined in 18 U.S.C. § 2332b(g)(5)) against the United States, citizens or residents of the United States, or their property; (d) assets, foreign and/or domestic, derived from, involved in, or used or intended to be used to commit any Federal crime of terrorism (as defined in 18 U.S.C. § 2332b(g)(5)) against the United States, citizens or residents of the United States, or their property; (e) assets, foreign and/or domestic, of any person, entity or organization engaged in planning or perpetuating any act of international terrorism (as defined in 18 U.S.C. § 2331) against any international organization (as defined in 18 U.S.C. § 4309(b)) or against any foreign Government; and/or (f) substitute assets, pursuant to 21 U.S.C. § 853(p).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, on consent, by and between the United States and the defendants as follows:

1.      The defendants shall forfeit to the United States the full amount of the Forfeiture Money Judgment, pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 981(a)(1)(G), 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c).  Each of the defendants shall be jointly and severally liable for the full amount of the Forfeiture Money Judgment.

2.      Payments made by wire transfer shall be made pursuant to written instructions provided by the Office.  All other payments made towards the Forfeiture Money Judgment shall be made by a money order, or certified and/or official bank check, payable to the U.S. Marshals Service with the criminal docket number noted on the face of the instrument.  The defendants shall cause said payment(s) to be sent by overnight mail delivery

Case 1:22-cr-00444-WFK    Document 12-1    Filed 10/24/22    Page 3 of 5 PageID #: 132

*United States v. Lafarge S.A. and Lafarge Cement Syria S.A*
No. 22-CR-0444 (WFK), Order of Forfeiture

Page 3

to Assistant United States Attorney Artemis Lekakis, United States Attorney's Office, Eastern District of New York, 271-A Cadman Plaza East, Brooklyn, New York 11201. The Forfeiture Money Judgment shall be paid in full on or before November 14, 2022 (the "Due Date").

3.    If the defendants fail to pay any portion of the Forfeiture Money Judgment on or before the Due Date, the defendants shall forfeit any other property of thiers up to the value of the outstanding balance, pursuant to 21 U.S.C. § 853(p), and defendants further agree that the conditions of 21 U.S.C. §§ 853(p)(1)(A)-(E) have been met.

4.    Upon entry of this Order of Forfeiture ("Order"), the United States Attorney General or his designee is authorized to conduct any proper discovery in accordance with Fed. R. Crim. P. 32.2(b)(3) and (c). The United States alone shall hold title to the monies paid by the defendants to satisfy the Forfeiture Money Judgment following the Court's entry of the judgment of conviction.

5.    The defendants shall fully assist the government in effectuating the payment of the Forfeiture Money Judgment, by among other things, executing any documents necessary to effectuate any transfer of title to the United States. The defendants shall not file a claim or petition seeking remission or contesting the forfeiture of any property against which the government seeks to satisfy the Forfeiture Money Judgment in any administrative or judicial (civil or criminal) proceeding. The defendants shall not assist any person or entity to file a claim or petition seeking remission or contesting the forfeiture of any property against which the government seeks to satisfy the Forfeiture Money Judgment in any administrative or judicial (civil or criminal) forfeiture proceeding.

*United States v. Lafarge S.A. and Lafarge Cement Syria S.A*
No. 22-CR-0444 (WFK), Order of Forfeiture

Page 4

6.    The defendants knowingly and voluntarily waive their right to any required notice concerning the forfeiture of the monies and/or properties forfeited hereunder, including notice set forth in an indictment or information. In addition, the defendants knowingly and voluntarily waive their right, if any, to a jury trial on the forfeiture of said monies and/or properties, and waives all constitutional, legal and equitable defenses to the forfeiture of said monies and/or properties, including, but not limited to, any defenses based on principles of double jeopardy, the *Ex Post Facto* clause of the Constitution, any applicable statute of limitations, venue, or any defense under the Eighth Amendment, including a claim of excessive fines.

7.    The entry and payment of the Forfeiture Money Judgment is not to be considered a payment of a fine, penalty, restitution loss amount or a payment of any income taxes that may be due, and shall survive bankruptcy.

8.    Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this Order shall become final as to the defendants at the time of sentencing and shall be made part of the sentence and included in the judgment of conviction. This Order shall become the Final Order of Forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2). At that time, the monies and/or properties paid toward the Forfeiture Money Judgment shall be forfeited to the United States for disposition in accordance with the law.

9.    This Order shall be binding upon the defendants and the successors, administrators, heirs, assigns and transferees of the defendants, and shall survive the bankruptcy of any of them.

*United States v. Lafarge S.A. and Lafarge Cement Syria S.A*
No. 22-CR-0444 (WFK), Order of Forfeiture

Page 5

10.     This Order shall be final and binding only upon the Court's "so ordering" of the Order.

11.     The Court shall retain jurisdiction over this action to enforce compliance with the terms of this Order and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

Dated:   Brooklyn, New York
_____October 18_____, 2022

SO ORDERED:

s/ WFK

HONORABLE WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK

# UNITED STATES MARSHALS SERVICE

## SEIZED PROPERTY AND EVIDENCE CONTROL FORM (USM-102)

| | |
|---|---|
| **District** | : NYE   Eastern District of New York |
| **Sub-Office** | : 00   Brooklyn, NY |
| **OIA Case Number** | : 0000-NY-2235884 |
| **OIA Agency** | : FBI |
| **Court Case Name** | : U.S. v. Lararge S.A., et al. |
| **Court Case Number** | : CR-22-0444 |
| **Asset Identification** | : 23-FBI-000236 |
| **Asset Value** | : $687,000,000.00 |

| | |
|---|---|
| **Forfeiture Type** | : Criminal |
| **Gov't/Private** | : Govt-Forfeiture |
| **Seizure Method** | : Judgment |
| **PACES Barcode** | : |
| **Seizure Number** | : 3540230123 |
| **Appraisal Date** | : 11/10/2022 |

### FINANCIAL INSTRUMENT

**Description** : Payment to satisfy the $687,000,000.00 of LaFarge S.A. and LaFarge Cement Syria S.A.

**Asset Sub-Type** : 14   Wire Transfer
**Account Number** : Unknown

### COMMENTS INDICATORS

| | |
|---|---|
| Asset | : N |
| Special Equipment | : N |
| Damage | : N |

**Circumstances of Seizure:**

| | |
|---|---|
| 1. Property seized in conjunction with an arrest? | No |
| 2. Was property seized pursuant to a warrant? | No |
| 3. Was property seized pursuant to a court document other than a warrant? | Yes |
| 4. Was an illegal controlled substance seized? | No |
| 5. Was other contraband besides controlled substances seized? | No |
| 6. Was there an admission of criminal activity associated with the seized property? | No |
| 7. Did the possessor deny ownership of the seized property? | No |
| 8. Was a firearm seized for forfeiture or retained as evidence of criminal activity? | No |

### STORAGE LOCATION

| | |
|---|---|
| Provider Code | : 5042  1 |
| Provider Name | : Asset Forfeiture Fund |
| Contact Name | : |
| Phone Number | : |
| Street Address | : U.S. Treasury account c/o Federal Reserve Bank of New York 33 Liberty Street |
| City | : New York |
| State | : NY |
| Zip Code | : 10045 |

### CUSTODIAN INFORMATION

| | |
|---|---|
| Name: | United States Marshals Service |
| Contact Name: | |
| Contact Title: | |
| Contact Phone Number: | |

I certify that I have received and hold myself accountable for the articles listed above:

_____
Signature

MARVELLA JEFFERSON

(Print Full Name)

| USMS | 11/09/2022 |
|---|---|
| Agency | (Date of Custody) |

## CHAIN OF CUSTODY

| Date | Relinquished By | Received By | Remark |
|---|---|---|---|
| Nov - 2022 | Marvella | | $687,000,000 00 Deposited into 5235042 AFcf |
| | | | |

## UNITED STATES MARSHALS SERVICE

## SEIZED PROPERTY AND EVIDENCE CONTROL FORM (USM-102)
### ITEMIZATION LIST

| | |
|---|---|
| **District** | : NYE   Eastern District of New York |
| **Sub-Office** | : 00   Brooklyn, NY |
| **OIA Case Number** | : 0000-NY-2235884 |
| **OIA Agency** | : FBI |
| **Court Case Name** | : U.S. v. Lararge S.A., et al. |
| **Court Case Number** | : CR-22-0444 |
| **Asset Identification** | : 23-FBI-000236 |

**Forfeiture Type :  Criminal**
**Gov't/Private     :  Govt-Forfeiture**

**Seizure Number :  3540230123**

| Item Seq. No. | Count | Item Description/Serial Number/Condition/Item Type/PACES Barcode/Disposition Type | | Item Value |
|---|---|---|---|---|
| 1 | 1 | 687,000,000.00 Payment to satisfy the $687,000,000.00<br>590076<br>FI | Convert Financial Instrument | 87,000,000.00 |

**Jefferson, Marvella (USMS)**

| | |
|---|---|
| From: | Jessica Miller <JMILLER8@FBI.GOV> |
| Sent: | Thursday, November 10, 2022 1:42 PM |
| To: | Cooke, Michael (USMS); Lekakis, Artemis (USANYE); King, Brendan (USANYE); Valeriane, Elizabeth (USANYE) [Contractor]; Spellman, Bud (USMS); Mullee, Bryan (USMS); Jefferson, Marvella (USMS); Williams, Samuel (USANYE) [Contractor] 8 |
| Cc: | Cappadona, Robert M. (NY) (FBI); Taylor, Matthew Brian (NY) (FBI) |
| Subject: | RE: [EXTERNAL EMAIL] - Fwd: 23 FBI 000236 $687 MM wire transfer confirmation 111022; RE: AIN: 23-FBI-00236; Payment to satisfy the $687,000,000.00 of LaFarge S.A. and LaFarge Cement Syria S.A. FMJ |

All, my apologies. Correction * **The $687,000,000.00 fedwire transfer for the satisfaction of the FMJ has been entered into CATS.**

**From:** Miller, Jessica (NY) (FBI)
**Sent:** Thursday, November 10, 2022 12:54 PM
**To:** Cooke, Michael (USMS) <Michael.Cooke2@usdoj.gov>; Lekakis, Artemis (USANYE) <Artemis.Lekakis@usdoj.gov>; King, Brendan (USANYE) <Brendan.King@usdoj.gov>; Valeriane, Elizabeth (USANYE) [Contractor] <Elizabeth.Valeriane@usdoj.gov>; Spellman, Bud (USMS) <Bud.Spellman@usdoj.gov>; Mullee, Bryan (USMS) <Bryan.Mullee@usdoj.gov>; Jefferson, Marvella (USMS) <Marvella.Jefferson@usdoj.gov>; Williams, Samuel (USANYE) [Contractor] 8 <Samuel.Williams@usdoj.gov>
**Cc:** Cappadona, Robert M. (NY) (FBI) <rmcappadona@fbi.gov>; Taylor, Matthew Brian (NY) (FBI) <mbtaylor2@fbi.gov>
**Subject:** RE: [EXTERNAL EMAIL] - Fwd: 23 FBI 000236 $687 MM wire transfer confirmation 111022; RE: AIN: 23-FBI-00236; Payment to satisfy the $67,000,000.00 of LaFarge S.A. and LaFarge Cement Syria S.A. FMJ

Good afternoon,

The $67,000,000.00 fedwire transfer for the satisfaction of the FMJ has been entered into CATS.

Samuel – please update on your end.

Enjoy the rest of day and have a great long weekend all.

Best,

*Jessica Miller*
Paralegal Specialist
Asset Forfeiture Unit
FBI New York | C-40
Desk: (212) 384-1861
UNET E-mail: jmiller8@fbi.gov

**From:** Cooke, Michael (USMS) <Michael.Cooke2@usdoj.gov>
**Sent:** Thursday, November 10, 2022 11:48 AM
**To:** Lekakis, Artemis (USANYE) <Artemis.Lekakis@usdoj.gov>; King, Brendan (USANYE) <Brendan.King@usdoj.gov>;

Valeriane, Elizabeth (USANYE) [Contractor] <Elizabeth.Valeriane@usdoj.gov>; Cappadona, Robert M. (NY) (FBI) <rmcappadona@fbi.gov>; Miller, Jessica (NY) (FBI) <JMILLER8@FBI.GOV>
Cc: Spellman, Bud (USMS) <Bud.Spellman@usdoj.gov>; Mullee, Bryan (USMS) <Bryan.Mullee@usdoj.gov>; Jefferson, Marvella (USMS) <Marvella.Jefferson@usdoj.gov>
Subject: [EXTERNAL EMAIL] - Fwd: 23 FBI 000236 $687 MM wire transfer confirmation 111022

To all,

Just to confirm the $687 MM wire transfer is for the satisfaction of the FMJ on this case. The other wire transfer listed on the confirmation I sent everyone this morning was for another case the USMS is involved with. Just page 3 and 4 pertain to the EDNY case for LaFarge SA. Disregard page 1 and 2. Any further feel free to contact me.

Thanks

Mike

Sent from my iPhone

Begin forwarded message:

> **From:** "Cooke, Michael (USMS)" <MCooke@usms.doj.gov>
> **Date:** November 10, 2022 at 8:14:00 AM EST
> **To:** "Lekakis, Artemis (USANYE)" <ALekakis@usa.doj.gov>, "King, Brendan (USANYE)" <BKing1@usa.doj.gov>, "Valeriane, Elizabeth (USANYE) [Contractor]" <EValeriane@usa.doj.gov>, "Cappadona, Robert M. (NY) (FBI)" <rmcappadona@fbi.gov>, "Taylor, Matthew Brian (NY) (FBI)" <mbtaylor2@fbi.gov>, "Miller, Jessica (NY) (FBI)" <JMILLER8@fbi.gov>
> **Cc:** "Jefferson, Marvella (USMS)" <MJefferson@usms.doj.gov>, "Newton, Martha (USMS)" <MNewton@usms.doj.gov>, "Sullivan, James (USMS)" <JSullivan@usms.doj.gov>, "Early, Corinne (USMS)" <CEarly@usms.doj.gov>, "Spellman, Bud (USMS)" <BSpellman@usms.doj.gov>, "Mullee, Bryan (USMS)" <BMullee@usms.doj.gov>
> **Subject: 23 FBI 000236 $687 MM wire transfer confirmation 111022**
>
>
> To all,
>
> Attached is a copy of the wire transfer confirmation we received late last night for the LaFarge SA payment from Switzerland. The asset ID is 23-FBI-000236 (page 3 and 4 of the attachment). The FBI and USAO can update CATS and provide the necessary documents to us for taking custody. I heard back from the sender early this morning and they were all satisfied that we received the funds. Please keep both Marvella and me updated.
>
> Many Thanks to everyone for all your assistance,
>
> Mike
>
> **Michael D. Cooke**
> **District Asset Forfeiture Coordinator**
> **United States Marshals Service, Eastern District of N.Y.**
> **225 Cadman Plaza East, Room# G-20**
> **Brooklyn, New York 11201**
> **Email: Michael.Cooke2@usdoj.gov**
> **Desk# (718) 473-3006**

2

Fax# (718) 260-0431
Cell# (347) 902-8861